## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME CORP., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 14-874-SLR |
| v. | ) |
| | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendant. | ) |

## JOINT CLAIM CONSTRUCTION STATEMENT

Pursuant to paragraph 4(b) of the Court's Scheduling Order, Plaintiff Merck Sharpe & Dohme Corp. ("Merck") and Defendant Teva Pharmaceuticals USA, Inc. ("Teva") submit the following joint claim construction statement regarding U.S. Patent No. 6,127,353.

The parties request that the Court adopt the following agreed-upon construction:

| Claim Term | Claim(s) | Joint Proposed Construction |
|---|---|---|
| "9α,21-dichloro-16α-methyl-1,4-pregnadiene-11β,17α-diol-3,20-dione-17-(2'-furoate)" | Claim 1 | mometasone furoate |

The parties also propose the following disputed constructions for the terms below:

| Claim Term | Claim(s) | Teva's Proposed Construction | Merck's Proposed Construction |
|---|---|---|---|
| "[mometasone furoate] monohydrate"; "mometasone furoate monohydrate" | Claims 1 and 6 | mometasone furoate monohydrate that is not formed spontaneously from anhydrous mometasone furoate in aqueous suspension | mometasone furoate monohydrate |
| "pharmaceutical composition comprising mometasone furoate monohydrate" | Claim 6 | composition suitable for treatment that contains a therapeutically effective amount of mometasone furoate monohydrate | composition suitable for treatment that contains mometasone furoate monohydrate |

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| */s/ Derek J. Fahnestock* | */s/ David E. Moore* |
| Jack B. Blumenfeld (#1014) | Richard L. Horwitz (#2246) |
| Derek J. Fahnestock (#4705) | David E. Moore (#3983) |
| 1201 North Market Street | Bindu A. Palapura (#5370) |
| P.O. Box 1347 | Hercules Plaza. 6th Floor |
| Wilmington, DE 19899 | 1313 N. Market Street |
| (302) 658-9200 | Wilmington, DE 19899 |
| jblumenfeld@mnat.com | Tel:  (302) 984-6000 |
| dfahnestock@mnat.com | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Of Counsel: | bpalapura@potteranderson.com |
| BAKER BOTTS L.L.P. | Of Counsel: |
| Nicolas Barzoukas | |
| Joshua Davis | GOODWIN PROCTER LLP |
| Lisa Thomas | Frederick H. Rein |
| BAKER BOTTS L.L.P. | Ira J. Levy |
| One Shell Plaza | Michael B. Cottler |
| 910 Louisiana Street | Joshua A. Whitehill |
| Houston, TX 77002-4995 | The New York Times Building |
| (713) 229-1234 | 620 Eighth Avenue |
| | New York, NY 10018 |
| *Attorneys for Plaintiff* | (212) 813-8800 |
| *Merck Sharp & Dohme Corp.* | |
| | *Attorneys for Defendant* |
| | *Teva Pharmaceuticals USA, Inc.* |

Dated:  April 1, 2015