**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MERCK SHARP & DOHME CORP., ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No.  14-874-SLR-SRF |
| v. ) | |
| ) | |
| TEVA PHARMACEUTICALS USA, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned counsel hereby certifies that copies of the following documents were caused to be served on April 28, 2015 upon the following attorneys of record at the following addresses as indicated:

TEVA'S OBJECTIONS AND RESPONSES TO MERCK'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND THINGS (NOS. 15-17) **[CONFIDENTIAL]**

TEVA'S OBJECTIONS AND RESPONSES TO MERCK SHARPE & DOHME CORP.'S FIRST SET OF INTERROGATORIES (NOS. 1-5)**[CONFIDENTIAL]**

TEVA'S OBJECTIONS AND RESPONSES TO MERCK SHARPE & DOHME CORP.'S FIRST SET OF REQUESTS FOR ADMISSION (NOS. 1-17) **[CONFIDENTIAL]**

**VIA ELECTRONIC MAIL**

Jack Blumenfeld
Derek J. Fahnestock
Morris, Nichols, Arsht & Tunnel LLP
1201 North Market Street
P. O. Box 1347
Wilmington, DE  19899
jblumenfeld@mnat.com
dfahnestock@mnat.com

Nicolas Barzoukas
Joshua Davis
Baker Botts L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, TX  77002-4995
nic.barzoukas@bakerbotts.com
joshua.davis@bakerbotts.com

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By:  */s/ Bindu A. Palapura*  |
|  | Richard L. Horwitz (#2246) |
| Frederick H. Rein | David E. Moore (#3983) |
| Ira J. Levy | Bindu A. Palapura (#5370) |
| Michael B. Cottler | Hercules Plaza, 6th Floor |
| Joshua A. Whitehill | 1313 N. Market Street |
| GOODWIN PROCTER LLP | Wilmington, DE  19801 |
| The New York Times Building | Tel:  (302) 984-6000 |
| 620 Eighth Avenue | rhorwitz@potteranderson.com |
| New York, NY  10018 | dmoore@potteranderson.com |
| Tel:  (212) 813-8800 | bpalapura@potteranderson.com |
|  |  |
| Dated:  April 28, 2015 | *Attorneys for Defendant Teva Pharmaceuticals USA, Inc.* |
| 1188146 / 41722 |  |