IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME CORP., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 14-874-SLR-SRF ) |
| TEVA PHARMACEUTICALS USA, INC., | ) ) |
| Defendant. | ) |

# ORDER

At Wilmington this 22nd day of July, 2015, having considered the Report and Recommendation issued by United States Magistrate Judge Sherry R. Fallon on July 1, 2015, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Fallon's Report and Recommendation (D.I. 88) is adopted.

2. Defendant Teva Pharmaceuticals USA Inc.'s motion to transfer (D.I. 12) is denied.

3. Defendant Teva Pharmaceuticals USA Inc.'s motion to dismiss (D.I. 8) is granted.

4. Defendant Teva Pharmaceuticals USA Inc.'s motion for judgment on the pleadings (D.I. 8) is denied as moot.

IT IS FURTHER ORDERED that plaintiff Merck Sharp & Dohme Corp. may file an amended complaint on or before **August 24, 2015**.

United States District Judge