IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| MERCK SHARP & DOHME CORP., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civ. No. 14-874-SLR | |
| ) | | |
| TEVA PHARMACEUTICALS USA, INC.,) | | |
| ) | | |
| Defendant. ) | | |

| | | |
|---|---|---|
| MERCK SHARP & DOHME CORP., ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Civ. No. 15-250-SLR | |
| ) | | |
| AMNEAL PHARMACEUTICALS LLC, ) | | |
| ) | | |
| Defendant. ) | | |

**MEMORANDUM ORDER**

At Wilmington this 5th day of August, 2015, having reviewed and heard argument on third party Apotex Inc.'s motion to intervene for the limited purpose of disqualifying an expert witness (Dr. Cockcroft);

IT IS ORDERED that:

On or before **August 10, 2015**, Merck shall produce to the court, for in camera review, Dr. Cockcroft's engagement letter with Merck.

_____
United States District Judge